IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES of AMERICA

v.  1:18 CR 00045

TIMOTHY JERMAINE PATE,

Defendant.

### ORDER

In the captioned case, originally filed in the Augusta Division, at the direction of the Chief Judge of this District, this case is hereby assigned to the Honorable R. Stan Baker, United States District Judge, for plenary disposition.

**ORDER ENTERED** at Augusta, this 5th day of September, 2018.

Dudley H. Bowen, Jr.
United States District Judge
Southern District of Georgia