1

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE SOUTHERN DISTRICT OF GEORGIA
     AUGUSTA DIVISION

3

4    UNITED STATES OF AMERICA,       :
                                      :
5      v.                            :    CASE NUMBER 1:18-CR-00045
                                      :
6    TIMOTHY JERMAINE PATE,          :
                                      :
7        Defendant.                  :
     _____

8

9

10

11

12              TRANSCRIPT OF INITIAL APPEARANCE

13          BEFORE THE HONORABLE R. STAN BAKER
              United States Magistrate Judge

14
              United States Courthouse
15             801 Gloucester Street
               Brunswick, Georgia
16             August 30, 2018

17

18

19

20

21

22    _____

23   TRANSCRIBED BY:  Victoria L. Root, CCR
                      United States Court Reporter
24                    Post Office Box 10552
                      Savannah, Georgia  31412
25                    (912) 650-4066

2

1                        A P P E A R A N C E S

2


3    FOR THE GOVERNMENT:

4        CHRISTOPHER HOWARD, Esquire
         Assistant United States Attorney
5        22 Barnard Street, Suite 300
         Savannah, Georgia  31401
6        (912) 652-4422

7


8    FOR THE DEFENDANT:

9        TIMOTHY JERMAINE PATE, Pro Se

10


11   STANDBY COUNSEL FOR THE DEFENDANT:

12       JUSTIN D. MAINES, Esquire
         Law Office of Justin Maines
13       114 Barnard Street, Suite 2C
         Savannah, Georgia  31401
14       (912) 358-8485

15

16

17

18

19

20

21

22

23

24

25

3

1                    P R O C E E D I N G S

2        (Call to order at 1:09 p.m.)

3              THE COURT:  Good afternoon, everyone.

4              MR. HOWARD:  Good afternoon, Judge.

5              THE COURT:  Please call our case.

6              COURT CLERK:  Case Number 1:18-CR-45, *United States*

7    *of America v. Timothy Jermaine Pate*; Chris Howard for the

8    Government; and, Your Honor, Mr. Pate is pro se at the moment.

9    We have counsel -- J. D. Maines as standby counsel.

10             THE COURT:  Thank you.

11             THE DEFENDANT:  Your Honor, I accept all the charges

12   for value in exchange for value for settlement and closure.

13             THE COURT:  Please be quiet, sir.

14             THE DEFENDANT:  Sir, you don't tell me what to do.

15             THE COURT:  Actually --

16             THE DEFENDANT:  You're --

17             THE COURT:  -- I do.

18             THE DEFENDANT:  -- not my creator.

19             THE COURT:  I'm appointed to do so.

20             THE DEFENDANT:  You're not my creator.

21             THE COURT:  Please be quiet.

22             THE DEFENDANT:  Can you show me the contract where

23   I'm under your jurisdiction?  I returned that birth

24   certificate.  I'm not under your jurisdiction.  I'm not with

25   your organization.

1          THE COURT:  Mr. Pate --

2          THE DEFENDANT:  I'm not --

3          THE COURT:  -- listen to me.

4          THE DEFENDANT:  -- a United States citizen.

5          THE COURT:  Listen to me very carefully, sir.

6          THE DEFENDANT:  I'm -- I'm listening.

7          THE COURT:  We have some important business to do

8    today.

9          THE DEFENDANT:  All I want to do is --

10          THE COURT:  Everyone here has --

11          THE DEFENDANT:  -- discharge these charges.

12          THE COURT:  -- an important job.

13          THE DEFENDANT:  I signed the back of these --

14          THE COURT:  Your job --

15          THE DEFENDANT:  -- and that's it.

16          THE COURT:  -- right now --

17          THE DEFENDANT:  I don't have a job, sir.

18          THE COURT:  -- is to listen to what I have to say to

19    you.

20          THE DEFENDANT:  No, sir.  I don't have to listen to

21    you.  You either give me a pen, or -- and I can discharge these

22    charges.  I don't have nothing -- no other business with you.

23          THE COURT:  Sir, the purpose of the hearing today is

24    an initial appearance --

25          THE DEFENDANT:  Sir, there are commercial charges --

1          THE COURT:  -- and a Faretta hearing.

2          THE DEFENDANT:  -- right here.  I can sign the back

3  of them and discharge these charges.  They're just taxable

4  fucking presentments.  Your Honor, I've got these fucking

5  shackles on me --

6          THE COURT:  You are in --

7          THE DEFENDANT:  -- for a fucking -- motherfucking

8  taxable presentment.

9          THE COURT:  You are --

10          THE DEFENDANT:  I'm not a fool.

11          THE COURT:  -- in contempt of the court at this time.

12          THE DEFENDANT:  Sir, I'm not a fool.

13          THE COURT:  I'm going to have the marshal --

14          THE DEFENDANT:  If you can't --

15          THE COURT:  -- take you into custody --

16          THE DEFENDANT:  -- give me a pen to discharge --

17          THE COURT:  -- at this point in time.

18          THE DEFENDANT:  -- these charges, then you're

19  kidnapping me.

20          THE COURT:  Marshal, please take this gentleman into

21  custody and remove him from the courtroom.  He has committed an

22  act of contempt in front of the Court at this time.

23          THE DEFENDANT:  What for?  Where's the contract?

24  Where's the contract, sir?  You don't have a contract.  Y'all

25  ain't even served me.  Y'all are ridiculous.

6

1          THE COURT:  This court will be adjourned.

2          COURT SECURITY OFFICER:  All rise.

3      (The proceedings were adjourned at 1:11 p.m. and

4  reconvened at 3:24 p.m)

5          COURT SECURITY OFFICER:  This honorable court is back

6  in session.  Come to order and be seated.

7          THE COURT:  Thank you.

8          All right.  We're back on the record in 1:18-CR-45.

9  This is the case of *The United States of America v. Timothy*

10 *Jermaine Pate, also known as* -- and I apologize, Mr. Pate, if I

11 mispronounce this -- *Akenaten Ali*.

12          This case is scheduled for an initial appearance and

13 arraignment.  It appears we likely need to have a Faretta

14 hearing at the beginning of that because Mr. Pate has indicated

15 that he chose -- he's going to choose to represent himself.

16          THE DEFENDANT:  Sir, who has a claim against me today

17 sworn on an affidavit?

18          THE COURT:  We -- Mr. Pate, let me set the record,

19 please, sir, and then I'll ask --

20          THE DEFENDANT:  Sir --

21          THE COURT:  -- certainly give you the time to

22 address the Court.

23          THE DEFENDANT:  There's no sworn affidavit, and

24 this is a civil case.  I haven't even been served.  This is

25 ridiculous, man.

7

1      THE COURT:  So this is 1:18-CR-45 --

2      THE DEFENDANT:  This is funny.

3      THE COURT:  -- and --

4      THE DEFENDANT:  I accept --

5      THE COURT:  -- the purpose --

6      THE DEFENDANT:  -- all the --

7      THE COURT:  -- of the hearing --

8      THE DEFENDANT:  -- charges for value --

9      THE COURT:  Mr. Pate --

10     THE DEFENDANT:  We don't have to go through all that.

11  I accept all the charges for value in exchange for value for

12  settlement and closure.

13     THE COURT:  Mr. Pate, are you done?

14     THE DEFENDANT:  But that's all we need to discuss.

15  This is taxable -- this is taxable presentment.  I accept it.

16  I will endorse the back of it.  I'm the creditor for the

17  account of Timothy Jermaine Pate.

18     What else we need to talk about?

19     THE COURT:  All right, Mr. Pate.  What we're going

20  to try to do today is to advise you of the nature of the

21  charges --

22     THE DEFENDANT:  I don't need your --

23     THE COURT:  -- against you --

24     THE DEFENDANT:  -- advice.  I just want to --

25     THE COURT:  -- to advise you --

1       THE DEFENDANT:  I want to --

2       THE COURT:  -- of the penalties that you have.

3       THE DEFENDANT:  These is tax charges.

4       Are these not tax charges?

5       THE COURT:  Mr. Pate, we're going to be able to --

6       THE DEFENDANT:  Is this a --

7       THE COURT:  -- have a discussion.

8       THE DEFENDANT:  -- commercial presentment?

9       THE COURT:  But right now --

10      THE DEFENDANT:  Is this a commercial --

11      THE COURT:  -- I need to --

12      THE DEFENDANT:  -- presentment?

13      THE COURT:  -- put some things on the record.  I need

14  you to listen.

15      THE DEFENDANT:  It's not an affidavit, so it has to

16  be a commercial presentment.  It's from a fictional

17  corporation.  The United States is a fiction.  There is no

18  affidavit.  Nobody swore to this.

19      THE COURT:  And, Mr. Pate, I need you to listen to me

20  so that you're able to understand the charges against you.

21      THE DEFENDANT:  No.  I don't understand any of this.

22      THE COURT:  Okay.  Well, that's why we're --

23      THE DEFENDANT:  And I don't stand under --

24      THE COURT:  -- here is --

25      THE DEFENDANT:  -- your jurisdiction.

1          THE COURT:  -- to advise you of the charges against

2     you and --

3          THE DEFENDANT:  I don't --

4          THE COURT:  -- the nature of the charges.

5          THE DEFENDANT:  -- need your advice, sir.

6          THE COURT:  Now, the first thing I want to advise

7     you of is the right to remain silent.  You don't have to say

8     anything to --

9          THE DEFENDANT:  Sir --

10         THE COURT:  -- anybody --

11         THE DEFENDANT:  -- I'm not in acquiesce --

12         THE COURT:  -- about the --

13         THE DEFENDANT:  -- to anything.

14         THE COURT:  -- charges against you in this case.

15         THE DEFENDANT:  I'm not in acquiesce to anything.

16         THE COURT:  Mr. Pate, this works better if I speak

17     and then you speak because we're trying to make a record.  So

18     if you speak while I speak, it's not clear of what I've said or

19     what you've said.

20         THE DEFENDANT:  Okay.  Go ahead.

21         THE COURT:  So I'm going to go ahead and speak, and

22     then you're going to have some chance to address the Court.

23         THE DEFENDANT:  Uh-huh.

24         THE COURT:  Okay.  So the first thing I'm going to

25     speak about is your right to remain silent.  You have the right

10

1    to remain silent.  You don't have to say anything to anybody

2    about the charges against you in this case.  If you give up

3    your right to remain silent, you can reassert it whenever you

4    want.

5            So if you've already said something in the past, you

6    don't have to say anything now or in the future.  If you say

7    something in the future, you can stop making a statement at any

8    time.  If you give up your right to remain silent, anything you

9    say could be used against you not only in this case but perhaps

10   in a related case as well.

11           So that is your right to remain silent, sir.  You

12   have a --

13           THE DEFENDANT:  Sir --

14           THE COURT:  -- constitutional right to remain silent.

15           THE DEFENDANT:  I'm not here to be adjudicated by you

16   or anybody else here.

17           THE COURT:  Okay.

18           THE DEFENDANT:  I just want to take care of these

19   taxable presentments.  Other than that, I'm not under your

20   jurisdiction.  I don't want to do any business with nobody here

21   today.

22           THE COURT:  The next thing --

23           THE DEFENDANT:  I have --

24           THE COURT:  -- I want to --

25           THE DEFENDANT:  -- no contract with the

1   United States.  I have no contract with you or anybody else

2   here.

3               THE COURT:  All right.

4               THE DEFENDANT:  So --

5               THE COURT:  Mr. Pate, the next --

6               THE DEFENDANT:  -- why am I here?

7               THE COURT:  -- thing I want to advise you of --

8               THE DEFENDANT:  Why did I get arrested when --

9               THE COURT:  The next thing --

10              THE DEFENDANT:  -- there is no --

11              THE COURT:  -- I want --

12              THE DEFENDANT:  -- sworn affidavit.

13              THE COURT:  -- to advise you of, Mr. Pate, is your --

14              THE DEFENDANT:  I have never been served.

15              THE COURT:  -- right to counsel.

16              THE DEFENDANT:  You don't have proof of being -- of

17   me being served either.  Y'all arrested me and then came up

18   with these trumped-up charges.

19              THE COURT:  All right, Mr. Pate.

20              THE DEFENDANT:  It's a commercial presentment.

21              THE COURT:  The next thing I want to rise -- advise

22   you of --

23              THE DEFENDANT:  This is ridiculous.

24              THE COURT:  -- is your right to counsel.  You have a

25   right to counsel --

12

```
 1              THE DEFENDANT:  I don't need --
 2              THE COURT:  -- to represent you --
 3              THE DEFENDANT:  I can stand --
 4              THE COURT:  -- because this is a --
 5              THE DEFENDANT:  -- on my own square, sir.
 6              THE COURT:  Mr. Pate, again, it's going to be better
 7    if I talk and then you talk so we can be sure of everything --
 8              THE DEFENDANT:  Sir --
 9              THE COURT:  -- that I say.
10              THE DEFENDANT:  -- all I want --
11              THE COURT:  Okay.
12              THE DEFENDANT:  -- to know is are you going let me --
13    well, not let me.  Are you going to accept my signature for
14    endorsement or not?
15              THE COURT:  Mr. Pate, you have criminal charges filed
16    against you by the grand --
17              THE DEFENDANT:  All crimes --
18              THE COURT:  -- jury --
19              THE DEFENDANT:  -- are commercial --
20              THE COURT:  -- of the United States --
21              THE DEFENDANT:  -- sir.
22              THE COURT:  -- of America.
23              THE DEFENDANT:  All crimes are commercial.  Please
24    present the injured party.
25              Where is the injured party?  Nobody's been injured by
```

13

1   anything I've done.

2           THE COURT:  Mr. Pate, you have a criminal indictment

3   filed against you --

4           THE DEFENDANT:  All crimes --

5           THE COURT:  -- charging you with --

6           THE DEFENDANT:  -- are commercial, sir.

7           THE COURT:  -- federal criminal offenses.

8           THE DEFENDANT:  You know the UCC code.  All crimes

9   are commercial.

10          Am I wrong, sir?

11          THE COURT:  Mr. Pate, you have a federal criminal

12  indictment presented --

13          THE DEFENDANT:  Sir --

14          THE COURT:  -- against you.

15          THE DEFENDANT:  -- I don't care what company it came

16  from --

17          THE COURT:  You have --

18          THE DEFENDANT:  -- if it's state, federal.  All of

19  y'all are the same.  All of y'all come from the bar.  All of

20  it's foreign.  I'm a Moor.  I'm not with your organization.

21  I don't have to follow your rules.  And any lien that I file is

22  backed by affidavit, unlike this crap that you have.

23          THE COURT:  All right, Mr. Pate.  You have the right

24  for an attorney to represent --

25          THE DEFENDANT:  No.

14

1              THE COURT:  -- you.

2              THE DEFENDANT:  I don't need a attorney.  I'm

3       speaking to you man to man.

4              THE COURT:  Okay.  All right.  So you have indicated

5       to me --

6              THE DEFENDANT:  Do you have a commercial presentment

7       or not?

8              THE COURT:  You have indicated to me, Mr. Pate, that

9       you --

10             THE DEFENDANT:  You don't want to answer my question?

11      Do you -- is this the original charge in this?  If so, I will

12      sign it -- back of it and endorse it.

13             THE COURT:  Mr. Pate, let me explain something to

14      you.  This here today is not about guilt or innocence on these

15      charges.

16             THE DEFENDANT:  There's no such thing.  You either

17      make a commercial --

18             THE COURT:  So --

19             THE DEFENDANT:  -- presentment or not.  If you're not

20      making a commercial presentment, why am I here?

21             THE COURT:  And, Mr. --

22             THE DEFENDANT:  And if you --

23             THE COURT:  Mr. Pate --

24             THE DEFENDANT:  -- don't have somebody that's been

25      injured, then why am I here?  Why did y'all force me here?

1      Y'all arrested -- I got arrested yesterday by the

2 FBI, didn't never get served, and you're coming to me with some

3 civil charges with nobody that swore to anything.  And I'm

4 sitting here telling you that I'll endorse any presentment that

5 you have, and you're ignoring me.

6      THE COURT:  All right.  Mr. Pate, you keep saying the

7 same thing.  Okay?  And you've said it --

8      THE DEFENDANT:  Well, pass me --

9      THE COURT:  -- and I'm --

10      THE DEFENDANT:  -- the pen --

11      THE COURT:  -- giving you the --

12      THE DEFENDANT:  -- so I can --

13      THE COURT:  -- opportunity to say it.

14      THE DEFENDANT:  -- endorse it and I can go home.

15      THE COURT:  Mr. Pate, I've given you the

16 opportunity --

17      THE DEFENDANT:  Because other than that, you're

18 kidnapping me.  You're holding me against my will.

19      THE COURT:  Mr. Pate, let me explain something to

20 you.

21      THE DEFENDANT:  You can't explain anything --

22      THE COURT:  This is --

23      THE DEFENDANT:  -- to me --

24      THE COURT:  -- an important --

25      THE DEFENDANT:  -- sir.

1          THE COURT:  -- hearing for everyone.

2          THE DEFENDANT:  I'm a man.  You're a man.

3          THE COURT:  You're going to be quiet for a second --

4          THE DEFENDANT:  No, sir, I'm not.

5          THE COURT:  -- Mr. Pate --

6          THE DEFENDANT:  You're either --

7          THE COURT:  -- so that we can talk.

8          THE DEFENDANT:  -- going to give me a pen, or I --

9  what are we here for?  What is this?

10         THE COURT:  We are here for a federal --

11         THE DEFENDANT:  Okay.

12         THE COURT:  -- criminal --

13         THE DEFENDANT:  Is it not --

14         THE COURT:  -- arraignment.

15         THE DEFENDANT:  -- a commercial charge?  If it's a

16  commercial charge, then give me a pen, and I'll endorse the

17  back of this commercial charge.

18         THE COURT:  Mr. Pate --

19         THE DEFENDANT:  It's all taxes.  I'm not dumb.

20  All of this --

21         THE COURT:  Mr. Pate --

22         THE DEFENDANT:  -- is taxes.

23         THE COURT:  -- this is not a civil case.

24         THE DEFENDANT:  Okay.

25         THE COURT:  This is a criminal case.

17

1          THE DEFENDANT:  All crimes are commercial, sir.  You

2    know the Uniform Commercial Code.  You're not a idiot.  You

3    know the rule.  Come on.  Let's not do this.

4          THE COURT:  So, Mr. Pate --

5          THE DEFENDANT:  Can we please not?

6          THE COURT:  We are going to do this.

7          THE DEFENDANT:  Where is the injured party?

8          THE COURT:  We are going to do this.

9          THE DEFENDANT:  Who has the -- who is here swearing

10   today that I hurt someone?

11         THE COURT:  Mr. Pate, that's not --

12         THE DEFENDANT:  I didn't --

13         THE COURT:  -- the purpose --

14         THE DEFENDANT:  -- injure anyone.

15         THE COURT:  -- of today's hearing.

16         THE DEFENDANT:  So if it's -- if nobody's been

17   injured, it's a commercial charge which I can discharge to my

18   DTC account, can I not?

19         THE COURT:  Keep talking.

20         Do you have anything else you need to say today?

21         THE DEFENDANT:  Well, if we're doing that, I don't

22   have anything to say.  And I'm done, and I don't want to do any

23   business with you.  I don't consent to any of this.

24         THE COURT:  Okay.  Whether you consent or not, I want

25   you to go ahead and say anything -- I've advised you of your

1   right to remain silent.  You have the absolute right to remain

2   silent.  You don't have to say anything at all.  We're not here

3   about the substance --

4            THE DEFENDANT:  Okay.  Well, sir --

5            THE COURT:  -- of the charges today.

6            THE DEFENDANT:  -- is this a commercial --

7            THE COURT:  But do you --

8            THE DEFENDANT:  -- presentment or not?

9            THE COURT:  -- have anything else you want to say?

10           THE DEFENDANT:  The United States, I believe -- I

11  know, is a fiction, is it not?

12           THE COURT:  All right.  Is that what you wanted to

13  say?  Do you have anything else?

14           THE DEFENDANT:  No, sir.  Is this a commercial --

15  there's no affidavit in any of this paperwork.  Nobody has

16  sworn to anything, none, not one person, not one living soul,

17  not one sovereign.  Nobody has sworn to anything under penalty

18  of perjury.

19           So why am I here?  I did not hurt anyone.

20           THE COURT:  All right.  As I've explained to you,

21  Mr. Pate, we're not going to discuss the substance --

22           THE DEFENDANT:  Sir, I know --

23           THE COURT:  -- of the charges --

24           THE DEFENDANT:  -- commercial law.

25           THE COURT:  -- against you today.

1          THE DEFENDANT:  I'm not -- I'm not a idiot.

2          THE COURT:  But what we are going to discuss is your

3     right to counsel.

4          THE DEFENDANT:  I don't need --

5          THE COURT:  You don't want --

6          THE DEFENDANT:  Why do I need counsel?

7          THE COURT:  -- an attorney?

8          THE DEFENDANT:  I don't want to argue with anyone.

9     I don't want to engage in a -- in the art of disputation.

10          THE COURT:  You --

11          THE DEFENDANT:  Y'all do the legalese.

12          THE COURT:  You have an absolute right --

13          THE DEFENDANT:  I don't have to do that.

14          THE COURT:  -- to have an attorney to represent you.

15          THE DEFENDANT:  Represent what?  This fictional name?

16     Don't you see -- look up UCC --

17          THE COURT:  All right.

18          THE DEFENDANT:  -- 001158.  You'll see that I'm a

19     secured party creditor for the account of Timothy Pate.

20     Timothy Jermaine Pate is a transmitting utility.  It's not

21     real.  It's commerce, sir --

22          THE COURT:  Once again, Mr. Pate --

23          THE DEFENDANT:  -- just like the United States --

24          THE COURT:  -- I've got some --

25          THE DEFENDANT:  -- is for commerce, sir.

20

1        THE COURT:  -- important information to give you.

2        THE DEFENDANT:  This court is a trading company, sir.

3   You're holding me against my will, a human being, a living

4   soul.  Why?

5        THE COURT:  The hearing today is important because I

6   want you to be --

7        THE DEFENDANT:  Sir, no.

8        THE COURT:  -- advised of your --

9        THE DEFENDANT:  This is a commercial --

10        THE COURT:  -- constitutional rights.

11        THE DEFENDANT:  -- charge.

12        THE COURT:  Mr. Pate --

13        THE DEFENDANT:  Give me a pen.  That's it.

14        THE COURT:  Here's what's going to happen.  Let me --

15        THE DEFENDANT:  That's it.

16        THE COURT:  -- explain it to you.  I'm trying to give

17   you --

18        THE DEFENDANT:  Sir --

19        THE COURT:  -- information --

20        THE DEFENDANT:  -- you don't have to try to do that.

21        THE COURT:  -- that is important to you.

22        THE DEFENDANT:  Give me a pen, and I'll sign it.

23        THE COURT:  Stop talking, sir.

24        THE DEFENDANT:  Give me a pen, and I'll -- and I'll

25   sign this.

21

1              THE COURT:  Stop talking.

2              THE DEFENDANT:  Give me a pen, and I'll sign this.

3              THE COURT:  I am trying to give you information --

4              THE DEFENDANT:  I don't need --

5              THE COURT:  -- that is --

6              THE DEFENDANT:  -- your information, sir.

7              THE COURT:  -- important to you.

8              THE DEFENDANT:  The only thing you --

9              THE COURT:  This hearing today --

10             THE DEFENDANT:  This commercial presentment --

11             THE COURT:  -- is for you.

12             THE DEFENDANT:  -- I'll sign it, nothing more --

13             THE COURT:  Okay.

14             THE DEFENDANT:  -- nothing less.  I don't want to

15   argue with you.

16             THE COURT:  I'm going to be very clear.  I'm going to

17   give you prior notice.  If you continue to talk over me --

18             THE DEFENDANT:  Sir, I don't accept anything you --

19             THE COURT:  -- where I cannot talk --

20             THE DEFENDANT:  I don't accept any --

21             THE COURT:  -- you are going to --

22             THE DEFENDANT:  -- contract that you offer.

23             THE COURT:  -- go to jail.

24             THE DEFENDANT:  I don't accept no contracts from you.

25             THE COURT:  If you --

1          THE DEFENDANT:  I don't want a contract with you --

2          THE COURT:  -- continue to talk over me --

3          THE DEFENDANT:  -- ever.

4          THE COURT:  -- Mr. Pate -- can you hear me, Mr. Pate?

5          THE DEFENDANT:  I hear you.

6          THE COURT:  Okay.  If you continue to talk over me,

7    I will have no choice but to discontinue this hearing and to

8    put you in a local jail because of the criminal charges filed

9    against you and because of the --

10          THE DEFENDANT:  I do not consent --

11          THE COURT:  -- act of contempt.

12          THE DEFENDANT:  -- to that.  I do not consent to your

13   offer.

14          THE COURT:  It's not an offer.  It's a directive.

15          THE DEFENDANT:  Sir --

16          THE COURT:  If you --

17          THE DEFENDANT:  -- a directive --

18          THE COURT:  -- continue to talk --

19          THE DEFENDANT:  You don't direct --

20          THE COURT:  -- over me --

21          THE DEFENDANT:  -- me to do anything.  Please show me

22   the contract --

23          THE COURT:  Mr. Pate --

24          THE DEFENDANT:  -- where you --

25          THE COURT:  Can you --

23

1      THE DEFENDANT:  -- have authority over me.

2      THE COURT:  -- hear me, Mr. Pate?

3      THE DEFENDANT:  Please show me the contract --

4      THE COURT:  Mr. Pate --

5      THE DEFENDANT:  -- where you --

6      THE COURT:  Can you --

7      THE DEFENDANT:  -- have authority --

8      THE COURT:  -- hear me --

9      THE DEFENDANT:  -- over me.

10     THE COURT:  -- Mr. Pate?

11     THE DEFENDANT:  I'm not Mr. Pate.  I'm Akenaten Ali.

12     THE COURT:  Okay.  Can you --

13     THE DEFENDANT:  Do you have a --

14     THE COURT:  -- hear me?

15     THE DEFENDANT:  -- contract showing that you have

16 authority over me?  Do you have a contract showing that I have

17 business with anybody here today?

18     THE COURT:  Let the record reflect that I've

19 attempted on several occasions now --

20     THE DEFENDANT:  And let the --

21     THE COURT:  -- to have an --

22     THE DEFENDANT:  -- record reflect --

23     THE COURT:  -- initial appearance --

24     THE DEFENDANT:  -- that I do not consent to the --

25     THE COURT:  -- and arraignment --

1          THE DEFENDANT:  -- jurisdiction of --

2          THE COURT:  -- with Mr. Pate.

3          THE DEFENDANT:  -- this Court.

4          THE COURT:  He's indicated he wants to represent

5     himself --

6          THE DEFENDANT:  That's hearsay, sir.

7          THE COURT:  -- at this hearing.

8          THE DEFENDANT:  Everything you're saying --

9          THE COURT:  He's not --

10          THE DEFENDANT:  -- is hearsay.

11          THE COURT:  -- allowing the Court --

12          THE DEFENDANT:  Can you swear to it, sir?

13          THE COURT:  -- to be able to --

14          THE DEFENDANT:  Can you swear to it, sir?

15          THE COURT:  -- continue with the hearing, as the

16     record --

17          THE DEFENDANT:  You won't swear to it --

18          THE COURT:  -- will clearly reflect.

19          THE DEFENDANT:  -- because all of this is bogus.

20          THE COURT:  Mr. Howard, at this point in time --

21     you represent the United States -- I don't think we have any

22     ability to go forward with a hearing that's very --

23          THE DEFENDANT:  Mr. Howard, do you have --

24          THE COURT:  -- important to --

25          THE DEFENDANT:  -- do you have --

25

1        THE COURT:  -- Mr. Pate --

2        THE DEFENDANT:  -- a sworn claim against me?

3        THE COURT:  -- but he's chosen not to do so --

4        THE DEFENDANT:  I don't think you do.

5        THE COURT:  -- so we're going to hold him in

6    contempt.  And --

7        THE DEFENDANT:  But tell me what --

8        THE COURT:  -- he's also held --

9        THE DEFENDANT:  Where's the contract -- where's the

10   contract --

11       THE COURT:  -- because of the fact --

12       THE DEFENDANT:  -- showing that you can hold me on

13   the contempt?

14       THE COURT:  -- that he is -- has criminal charges

15   filed against him.

16       I take it --

17       THE DEFENDANT:  Government charges are commercial.

18       THE COURT:  -- the Government is seeking his

19   detention in this case; is that right?

20       MR. HOWARD:  We are, Your Honor.

21       THE DEFENDANT:  Detention, sir?  I never signed up --

22       MR. HOWARD:  (Indiscernible) --

23       THE DEFENDANT:  I never consented to be detained.

24       MR. HOWARD:  -- put on the record the appearance of

25   FBI Special Agent Taylor at this (indiscernible) --

1         THE DEFENDANT:  I don't have no business with the --

2         MR. HOWARD:  -- (indiscernible) Chris Howard --

3         THE DEFENDANT:  -- the company doing --

4         MR. HOWARD:  -- (indiscernible) --

5         THE DEFENDANT:  -- business as the Federal --

6         MR. HOWARD:  -- his appearance here on --

7         THE DEFENDANT:  -- Bureau of --

8         MR. HOWARD:  -- the record --

9         THE DEFENDANT:  -- Investigation either.

10        MR. HOWARD:  -- to the --

11        THE COURT:  Thank you.

12        MR. HOWARD:  -- extent that he needs to be a witness

13 today, Judge.

14        THE COURT:  FBI Agent -- say it again, please.  I

15 couldn't hear it.

16        UNIDENTIFIED MALE SPEAKER:  Wallace Taylor.

17        THE COURT:  Wallace Taylor.  All right.

18        Well, Mr. Pate, I've attempted to have an initial

19 appearance, arraignment, and Faretta hearing with you today.

20 I can't --

21        THE DEFENDANT:  Sir --

22        THE COURT:  -- do that because you keep --

23        THE DEFENDANT:  I accept --

24        THE COURT:  -- talking over me --

25        THE DEFENDANT:  -- all charges for value --

1          THE COURT:  -- so . . .

2          THE DEFENDANT:  -- in exchange for value --

3          THE COURT:  And, Mr. Pate, you've said that --

4          THE DEFENDANT:  -- for the settlement --

5          THE COURT:  -- several times.

6          THE DEFENDANT:  -- and closure.  Okay.  So --

7          THE COURT:  Okay.  Several times.

8          THE DEFENDANT:  So you're not accepting my signature?

9          THE COURT:  No, I'm not.

10         THE DEFENDANT:  Okay.  Well, sir, then we have no

11    business here today, and you have no contract.

12         THE COURT:  We have business, Mr. Pate, but --

13         THE DEFENDANT:  No --

14         THE COURT:  -- you're choosing --

15         THE DEFENDANT:  -- we don't.

16         THE COURT:  -- not to conduct it, so this Court --

17         THE DEFENDANT:  No, sir.  I have --

18         THE COURT:  -- will be adjourned.

19         THE DEFENDANT:  -- no contract with you.

20         THE COURT:  Thank you.

21         THE DEFENDANT:  Show me the contract.

22         COURT SECURITY OFFICER:  All rise.

23         THE COURT:  He'll be held -- he'll be held at the

24    Glynn County Jail.  Thank you.

25         (Proceedings concluded at 3:35 p.m.)

28

1                        C E R T I F I C A T E

2

3        I, Victoria L. Root, Certified Court Reporter, in and for

4   the United States District Court for the Southern District of

5   Georgia, do hereby certify that the foregoing transcript of the

6   proceedings held in the above-entitled matter was transcribed

7   to the best of my ability from the Court's electronic recording

8   system and that the transcript page format is in conformance

9   with the regulations of the Judicial Conference of the United

10  States.

11       WITNESS MY HAND AND SEAL this 15th day of September, 2018.

12

13

14

15

16

17

18

19                            _____

20                            VICTORIA L. ROOT, CCR B-1691
                              United States Court Reporter
21                            Southern District of Georgia
                              Savannah Division

22

23

24  Post Office Box 10552
    Savannah, Georgia  31412
25  (912) 650-4066