Page 1 of 5

# IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES - PLAINTIFF ) | |
| VS. ) | Case No. 1:18CR45 |
| TIMOTHY JERMAINE PATE - DEFENDANT ) | |
| (Akenaten Ali - Secured Party) ) | |

FILED U.S. DISTRICT COURT SAVANNAH DIV. 2018 SEP 28 PM 12:19 CLERK ___ SO. DIST. OF GA

## AFFIDAVIT TO ACCEPT ALL CHARGES FOR VALUE AND HONOR IN EXCHANGE FOR VALUE AND HONOR

I, Akenaten Ali, secured party for the account of TIMOTHY JERMAINE PATE and creditor-in-fact to the UNITED STATES hereby respond to Case No. 1:18CR45. I accept the two counts of "Filing False Retaliator Liens" for value and honor in exchange for value and honor. I accept one count of "Filing False Bankruptcy Declaration" for value and honor in exchange for value and honor. These three charges are taxable commercial presentments. There is no injured party in this case and there is no sworn AFFIDAVIT to the contrary. UCC-1 Financing Statement 121-ULL135-2014 shows that I am the secured party for the account of TIMOTHY JERMAINE PATE. These three charges can be discharged to account C36818689 at the Federal Reserve Bank of Atlanta. Let this document bearing my signature serve as my endorsement of the three charges in this case. I authorize the court to access the account of TIMOTHY JERMAINE PATE for settlement and closure of this case. Let the record show that I am not a U.S. CITIZEN. I have no desire to be adjudicated by RAYMOND STANLEY BAKER JR., BENJAMIN CHEESDOR, nor anyone else in concerns to this case or any case. Other than discharging these three commercial

presentments, I have no other business with the court. I will never engage in the dishonorable act of disputation. I am not "licensed" to do so and I have no desire to engage in such a dishonorable act. I will always accept any commercial presentment for value and honor in exchange for value and honor be it verified or not. Let the record show that I am the only one with a security agreement and power of attorney agreement with the account of TIMOTHY JERMAINE PATE.

Let the record show that I have no contract to have a member of the British Accredited Registry to argue on behalf of the account of TIMOTHY JERMAINE PATE. I never requested a trial in concerns to the charges in this case. I have no desire at all to be in dishonor of any taxable commercial presentment. I am a man of honor and I do all that I can to ensure that the account of TIMOTHY JERMAINE PATE stays in honor as well. Let the record show that the account of TIMOTHY JERMAINE PATE was never served any legal documents in concerns to these charges.

I was never served a warrant nor have I seen an AFFIDAVIT of claim. I have been jailed in three different jails in the last two weeks for these commercial presentments. I have been to District Court in Brunswick, GA once and I have been to District Court twice in Savannah, GA. I have told RAYMOND STANLEY BAKER JR. on two occassions that I accept all charges for value and honor in exchange for value and honor. I have told BENJAMIN CHESSOR on September 17, 2018 that I accept all charges for value and honor in exchange for value and honor. Both of these persons have ignored my efforts to settle and close this case.

Let the record show that it is commercial dishonor to not accept the signature of a creditor when the creditor makes an honorable

effort to settle and close a case. I am sending this AFFIDAVIT to the Clerk of Court - Scott L. Poff as proof that I am making a effort to discharge any commercial presentment that the UNITED STATES or anyone else would like to make. Let it be known that select people are attempting to move for with trial without my consent. An attorney has been appointed without my consent. I have been jailed without my consent. The F.B.I has taken my property without a search warrant nor my consent.

I have basically been kidnapped against my will for commercial presentments that I am willing to accept for value and honor in exchange for value and honor. This document will be sent to the address of 125 Bull Street Savannah, GA 31401 at the UNITED STATES DISTRICT COURT - ATTN: CLERK OF COURT SCOTT L POFF. This document will be mailed via Certified Mail with a tracking number of 7017 2620 0001 1463 2172. This document will also be sent to the International Court of Justice. I believe that several UNITED STATES employees are conspiring to force their jurisdiction upon me. I do not consent to the jurisdiction of the UNITED STATES DISTRICT COURT nor any court, but I will honor all commercial presentments. I require the Clerk of Court to record and submit this document to the court. Now that I have provided remedy, I demand to be released from jail. I, Akenaten Ali, enter this AFFIDAVIT under penalty of perjury with full commercial liability. All rights reserved.

Akenaten Ali: [signature]
Date: 9-19-18
Notary: [signature]
Date: 9/19/18

[Notary Seal: EFFIE MARIE WAGNER, NOTARY PUBLIC, LONG COUNTY, GEORGIA, EXPIRES February 4, 2019]

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA

| UNITED STATES - PLAINTIFF | |
|---|---|
| vs | |
| TIMOTHY JERMAINE PATE - DEFENDANT | Case No. 1:18CR45 |
| (Akenaten Ali - Secured Party) | |

## CERTIFICATE OF SERVICE

I, Akenaten Ali, secured party for the account of TIMOTHY JERMAINE PATE, hereby certify that I presented an AFFIDAVIT TO ACCEPT ALL CHARGES FOR VALUE AND HONOR IN EXCHANGE FOR VALUE AND HONOR to the Clerk of Court Scott Poff at the UNITED STATES DISTRICT COURT FOR THE SOUTHER DISTRICT OF GEORGIA at the address of 125 BULL STREET SAVANNAH, GA 31401. The AFFIDAVIT was entered to settle and close case no. 1:18CR45. The AFFIDAVIT was sent via certified mail with a tracking number of 7017-2620-0001-1403-2172.

Akenaten Ali: [signature]
Date: 9-26-18

NOTE: A copy of this document may be sent to the International Court of Justice.

A.A. CORPORATION
2980 GLENN HILLS DRIVE
AUGUSTA, GA 30906

U.S. POSTAGE PAID
FCM LG ENV
AUGUSTA, GA
30901
SEP 26, 18
AMOUNT
$7.41
R2304M110706-10

7017 2620 0001 1403 2172

UNITED STATES DISTRICT COURT
ATTN: CLERK OF COURT - SCOTT L. POFF
125 BULL STREET
SAVANNAH, GA 31401