IN THE SUPERIOR COURT OF RICHMOND COUNTY

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 OCT 12 PM 2:19
CLERK TRB
SO. DIST. OF GA.



TIMOTHY JERMAINE PATE (AKenaten Ali-Secured Party) PLAINTIFF

vs.

RAYMOND STANLEY BAKER JUNIOR DEFENDANT

Case No: 7017-2620-0001-1403-2196

# AFFIDAVIT OF DEFAULT JUDGEMENT

I, AKenaten Ali, secured party for the account of TIMOTHY JERMAINE PATE as shown on UCC-1 Financing Statement 121-001158-2014 hereby enter a default judgement of GUILTY against RAYMOND STANLEY BAKER JUNIOR. The DEFEND was mailed an Notarized AFFIDAVIT OF CLAIM via Certified Mail with tracking number of 7017-2620-0001-1403-2196. The DEFENDA was given seven (7) days to respond to the claim but has failed to respond. Silence to a claim equates to tacit agreement by default. Acquiesce to a claim is commercial dishonor by default The lack of a response from the DEFENDANT shows that he is in agreement to all within the claim that was sent to him

Within the next seven (7) days a UCC Lien will be filed against the DEFENDANT as shown in the original claim. This AFFIDAVIT, The AFFIDAVIT OF CLAIM, an AFFIDAVIT TO ACCEPT ALL CHARGES FOR VALUE AND HONOR IN EXCHANGE FOR VALUE AND HONOR, three (3) Certificates of Service, and the two proof of delivery Signed by T. Blanchard will be added to a UCC ADDENDUM to

show proof of claim. Once the Lien is recorded it will nott removed until the DEFENDANT corrects his dishonorable acts. Additionally, copies of all mentioned documents wi be sent to The United Nations and The International Court of Justice.

As a soverign, I have supreme authority to enter judgement on this administrative process in rem. Let the record show that I am not a U.S. CITIZEN. I am an heir to the Kingdom of Morocco. My flesh lives and my blood flows. My authority comesfrom the Most High whom created all in existence from the seen to the unseen. Let the reco show that "Law is Contract and Contract is Law" and "Ignora of the Law is No Excuse." Further-more, "Notice to Agent is Notice to Principal and Notice to Principal is Notice to Agent"

If the Most High can create the Heavens and the Earth in seven (7) days then man can respond to a claim with in seven (7 days. The estopple has been established and the DEFENDANT is guilty. I enter this judgement under penalty of perjury with ful commercial liability. All rights reserved.

Akenaten Ali: [signature] :AR
Date: 10-9-18
Notary: [signature]
Date: 10/9/18

EFFIE MARIE WAGNER
NOTARY
EXPIRES
GEORGIA
February 4, 2019
PUBLIC
LONG COUNTY

IN THE SUPERIOR COURT
OF RICHMOND COUNTY

TIMOTHY JERMAINE PATE (AKenaten Ali - Secured Party) PLAINTIFF

vs.

RAYMOND STANLEY BAKER JR. DEFENDANT

Case No: 7017-2620-0001-1403-2196

Certificate of Service

I, AKenaten Ali, hereby give notice that an AFFIDAV OF DEFAULT JUDGEMENT was mailed to RAYMOND STANLEY BAKER JUNIOR. The AFFIDAVIT was sent via First Class Mail to the address of 125 BULL STREET SAVANNAH, GA 31401.

AKenaten Ali: [signature] AR
Date: 10-9-18
Notary: [signature]
Date: 10/9/18



Akenaten Ali: 10
C/o: Timothy Pate
180 Paul Sykes Road
Hinesville, GA 31313

Liberty County Jail
180 Paul Sikes Drive
Hinesville, GA 31313

JACKSONVILLE FL 320
10 OCT 2018 PM 4

FOREVER USA
Barn Swallow

U.S District Court
ATTN: Raymond Stanley Baker
125 BULL STREET
SAVANNAH, GA 31401

31401-376281