IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA - AUGUSTA DIVISION

FILED U.S. DISTRICT COURT AUGUSTA DIV.
2018 NOV -7 PM 2:07
CLERK J. Hodge
SO. DIST. OF GA.

TIMOTHY JERMAINE PATE )
(AKenaten Ali - Secured Party) )
- PLAINTIFF )
vs. )
JOHN ANDREW KOSKINEN )
DEFENDANT )

Case No: 117-0126

## AFFIDAVIT OF NOTICE TO NOT ACCEPT COUNSEL

I, AKenaten Ali, secured party for the account of TIMOTHY JERMAINE PATE hereby give notice that I do not consent to counsel in concern to case number 1:18CR45 or any case. I am sui juris and will never dishonor any court or commercial presentment. To hire or accept a "Licensed" attorney to dispute a commercial presentment is dishonor by default. I nor the account of TJP have a desire to dispute any charge in case no: 1:18CR45. The account of TJP has not been presented an original charging instrument bearing an amount. Additionally, I nor the account of TJP desires the benefit of a "mental evaluation" nor any other contractual benefit from anyone connected to case no: 1:18CR45 nor any other case. I do not now nor will I ever accept any offer to go to prison. Let the record show that notice to agent is notice to principal and notice to principal is notice to agent. A copy of this document will be sent to the International Court of Justice. I enter this AFFIDAVIT under penalty of perjury with full commercial liability. All rights reserved.

AKenaten Ali: [signature]
Date: 11-1-18

Notary: [signature] Lalah Pitts
Date: [illegible] 11-21

[Notary seal: LALAH PITTS, NOTARY PUBLIC, LONG COUNTY, GA, Comm. Exp. 5/15/21]

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT
OF GEORGIA - AUGUSTA DIVISION

TIMOTHY JERMAINE PATE )
(Akenaten Ali - Secured Party) )
PLAINTIFF ) Case No: 117-0126
vs. )
JOHN ANDREW KOSKINEN )
DEFENDANT )

## CERTIFICATE OF SERVICE

I, Akenaten Ali, hereby give notice that an AFFIDAVIT OF NOTICE TO NOT ACCEPT COUNSEL was placed on court record of the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA-AUGUSTA DIVISION. Notice to agent is notice to principal and notice to principal is notice to agent. I certify the document was filed with the clerk of court.

Akenaten Ali: [signature]
Date: