IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT
OF GEORGIA - AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2018 NOV -7 PM 2:07
CLERK J. Hodge
SO. DIST. OF GA.

TIMOTHY JERMAINE PATE
(Akenaten Ali - Secured Party)
PLAINTIFF

vs.

JOHN ANDREW KOSKINEN
DEFENDANT

Case No: 117-0126

## AFFIDAVIT OF DEMAND FOR REMEDY

I, Akenaten Ali, secured party for the account of TIMOTHY JERMAINE PATE hereby demand the UNITED STATES to provide remedy in concern to all charges in case no: 1:18CR45. Let the record show that the account of TJP was not served properly nor has the US presented a commercial presentment bearing an amount for remedy. There is no injured party in case no: 1:18CR45, but I am being held in jail without remedy. The account of TJP is not evading taxes. The U.S. has failed to provide the original charging instrument for settlement.

I require the U.S. to provide remedy in the next seven (7) days of this document being placed on court record or all charges are void. If the U.S. believes I am under it's jurisdiction then it has the same seven (7) days to provide the contract. Remedy and/or Contract can be sent to %: 2980 GLENN HILLS DRIVE AUGUSTA, GA 30906. A copy of this document will be sent to the International Court of Justice. I enter this AFFIDAVIT under penalty of perjury with full commercial liability. All rights reserved.

Akenaten Ali: [signature]
Date: 11-1-18

Notary: [signature]
Date: 5-11-21

IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA - AUGUSTA DIVISION

TIMOTHY JERMAINE PATE ）
(Akenaten Ali-Secured Party) ）
PLAINTIFF ）
） Case No: 117-0126
vs. ）
JOHN ANDREW KOSKINEN ）
DEFENDANT ）

## CERTIFICATE OF SERVICE

I, Akenaten Ali, hereby give notice that an AFFIDAVIT OF DEMAND FOR REMEDY was placed on court record of the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA - AUGUSTA DIVISION. Notice to agent is notice to principal and notice to principal is notice to agent. I certify the document was filed with the clerk of court.

Akenaten Ali: *[signature]*

Date: