IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA-AUGUSTA DIVISION

UNITED STATES
PLAINTIFF

vs.

TIMOTHY JERMAINE PATE
(Akenaten Ali-Secured Party)
DEFENDANT

Case No.: 1:18CR45

## AFFIDAVIT TO NOT ACCEPT COURT APPOINTED ATTORNEY AND NOTICE TO PROVIDE REMEDY

I, Akenaten Ali, secured party for the account of TIMOTHY JERMAINE PATE hereby give notice that I nor the account of TJP requires the service of a court appointed attorney. No contract exist between JUSTIN MAINES and TJP. The account of TJP will never use the service of an attorney. I am the authority over the account of TJP by way of contract. UCC-1 Financing Statement 121-001158-2014 displays my authority. Security Agreement and several other documents on court record proves my authority as well.

I have told JUSTIN MAINES, BENJAMIN CHEESDOR, and RAYMOND STANLEY BAKER JUNIOR that I do not consent to JUSTIN MAINES doing anything on behalf of TJP. JUSTIN MAINES has a "License" to engage in the dishonorable act of disputation. I and the account of TJP have honor and will never dispute or dishonor the charges in

this case or any case. I nor the account of TJP will ever make a "plea agreement" with anyone in concern to these commercial presentments.

The thirteen (13) counts of "Filing False Retaliator Liens" and the five (5) counts of "Filing False Bankruptcy" will b accepted for value and honor in exchange for value and honor. I have no problem endorsing these eighteen (18) taxable commercial presentments if the UNITED STATES would provide the original charging instrument House Joint Resolution 192 and Public Policy 73-10 show that it is the UNITED STATES that is responsible for presented debts. It is the UNITED STATES that is presenting taxable commercial presentments in this case.

I have a right by way of contract to use account number 036818689 to discharge all presented charges in this case. The U.S. TREASURY is holding bonds bearing my signature. It is the U.S. that is bankrupt. The account of TJP that is it's Creditor. The account of TJP requires a bill of exchange or proof of debt. These charges can not be settled without the charging instrument. I don't have an value for these charges because if I did then I would construct an instrument to settle and close this case.

There clearly isn't a injured party in this case. The U.S. is a fictional doing business as Defacto Company. No "AFFIDAVIT OF CLAIM" is attached to this case. Thus, all of these "criminal charges" are really

commercial. All commercial charges should have an amount and a instrument. I require the U.S to provide an amount and/or a bill of exchange so this case can be settled and closed. The account of TJP will not be forced into dishonor by disputing taxable instrument. I have demanded remedy for the charges in this case within case number 117-0126 (PATE vs. KOSKINEN) which is filed with this court. The account of TJP was honorable by providing remedy in the amount of $6,000,000.00 USD in case number 117-0126. The U.S. should be honorable enough to provide remedy in this case.

If there is no commercial presentment before this commercial court then this case is void and without purpose. The account of TJP is not "tax delinquent" nor is TJP evading any taxes. There is no reason to hold me in jail when I have not harmed any human being nor has the account of TJP failed to do it's tax duty. I am not a member of the U.S. I have no alligence or contract with the U.S. I have proclaimed my Nationality (Morocco) over three years ago. Expatriation paperwork was notarized and aposteled over three years ago. The documents are recorded on RICHMOND COUNTY SUPERIOR COURT record.

The Birth Certificate of TJP was accepted for value in return for value over three years ago. Let the record show that president (former) BARACK OBAMA signed "The Declaration Recognizing Indigenous People" in 2011. I am Indigenous to "North America" and it was my ancestors which signed the "Treaty of Peace And Friendship" (Tunis, Tripoli, and etc.). I am soverign

and I will never stand in the position of a DEBTOR. I nor the account of TJP is responsible for the "war debt" or any debt owed by the bankrupt U.S.

I am aware that the U.S. is allowed to operate under the UNIFORM COMMERCIAL CODE. The account of TJP, the U.S., and the Court are subject to the UCC. It's against the UCC to not provide a instrument for remedy or relief when making a claim/complaint. It's against the UCC to hold someone in jail who has not evaded taxes. The U.S. has yet to provide instrument(s) for the charges in this case. The U.S. is holding me in jail eventhough there is no tax evasion or tax delinquency in concern to the account of TJP.

I nor the account of TJP accepts or consent to the jurisdiction of the U.S. or this court. I nor the account of TJP has business with the U.S. or the court other endorsing any taxable commercial presentment that it presents. I and the account of TJP reject all current and future offers to contract with the U.S. and this court. Let the record reflect that it is commercial dishonor to dispute any taxable presentment. The account of TJP does not require a "Trial" or any adjudication for any commercial presentment within this case.

I will accept any commercial presentment for value and honor in exchange for value and honor. As the saying goes "Forgive Us Our Debts As We Forgive Our DEBTORS." The court nor the U.S. is my creator. I refuse to be "judged" by any man or woman. I do not consent to go to prison for

rules written by men outside of my Nation for their bankrupt Corporation. I have no contract with the court or the U.S and I never will. I am not a fictional transmitting utility. I am not the "Organization Name" written in "ALL CAPITAL LETTERS." The account of TJP is for commerce and the account has instruments in place to Offset and Discharge commercial presentments. The account/estate of TJP does not need an "attorney." The account simply requires the original charging instrument.

Let the record show that when my loved ones call the clerk of court and ask for an amount for these charges the clerk responds with "An amount will be given at sentencing." I nor the account of TJP has a desire to be "sentenced" by this court. No Contract exist that shows that I agreed to be "sentenced" by this court. The "judge", the "prosecution", and "public defender" that the court is trying to "appoint" work for the U.S. The court is owned by the U.S. All mentioned have oath to the BAR and not to me or the account of TJP. No, I will never accept this conflict of interest. I nor the account of TJP will join blatant dishonor. No one was injured by me or the account of TJP. No one lost anything due to me or the account of TJP. "Law is Contract and Contract is Law." The U.S. nor the court has a "Contract" or "Law" to enforce. The U.S nor the court can produce a single AFFIDAVIT sworn to under penalty of perjury which states that I or the account of TJP did anything to harm or injure them.

The court and the U.S only have commercial presentments which the account of TJP has no problem endorsing, assessing, and reporting. All "crimes" are commercial. All civil charges are commercial. The charges in this case are commercial. I nor the account of TJP will "argue" the "facts" of a commercial presentment. A commercial presentment either exist or it don't. The account will always honor any taxable presentment be it verified or not. I enter this AFFIDAVIT under penalty of perjury with full commercial liability. All rights reserved.

Akenaten Ali: *(signed)* Ali AR
Date: 11-16-18

SANDRA E. MESSER
Commission # GG 169489
Expires December 19, 2021
Bonded Thru Troy Fain Insurance 800-385-7819

Notary: *(signed)* Sandra E Messer
Date: 11-16-18

BCSO18JBN003833

Note: The number of counts concerning this case has changed since this case was filed or the clerk of court has flawed information. Even so, all charges will be accepted for value and honor in exchange for value and honor.

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA-AUGUSTA DIVISION

UNITED STATES
PLAINTIFF

vs.

TIMOTHY JERMAINE PATE
(Akenaten Ali - Secured Party)
DEFENDANT

Case No: 1:18CR45

## CERTIFICATE OF SERVICE

I, Akenaten Ali, secured party for the account of TIMOTHY JERMAINE PATE certify I mailed a AFFIDAVIT TO NOT ACCEPT COURT APPOINTED ATTORNEY AND NOTICE TO PROVIDE REMEDY to the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA-AUGUSTA DIVISION. It was sent to the address of 600 JAMES BROWN BLVD. AUGUSTA, GA 30901. The document is six pages.

Akenaten Ali: *[signature]* AR
Date: 11-16-18

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA-AUGUSTA DIVISION

UNITED STATES
PLAINTIFF

vs.                                    Case No.: 1:18CR45

TIMOTHY TERMAINE PATE
(Akenaten Ali - Secured Party)
DEFENDANT

## CERTIFICATE OF SERVICE

I, Akenaten Ali, secured party for the account of TIMOTHY TERMAINE PATE certify I mailed a AFFIDAVIT TO NOT ACCEPT COURT APPOINTED ATTORNEY AND NOTICE TO PROVIDE REMEDY to the UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA-AUGUSTA DIVISION. It was sent to the address of 600 JAMES BROWN BLVD, AUGUSTA GA 39901. The document is six pages.

Akenaten Ali: _____

Date: 11-16-18