# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. CR 1:18-CR-45 |
| v. ) | |
| ) | |
| TIMOTHY JERMAINE PATE ) | |

## STATUS REPORT

Pursuant to the Court's text order on March 13, 2019, the United States, in consultation with defense counsel, files this report on the status of Defendant Timothy Jermaine Pate's evaluation by the Federal Bureau of Prisons.

On March 20, 2019, the undersigned Assistant United States Attorney spoke with Dr. Lisa Feldman, who conducted Pate's competency and sanity evaluations at the FDC Miami. Dr. Feldman reports that the evaluations are complete, and she expects to have the written reports finalized by the first week of April 2019, at which time she will transmit those reports to the Court.

According to the Marshals, Pate returned to the Liberty County Jail on March 14, 2019, where he remains.

RESPECTFULLY SUBMITTED this 20th day of March 2019.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/s/ Chris Howard
Chris Howard
Assistant United States Attorney
N.Y. Bar No. 4935938

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 20th day of March, 2019.

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Chris Howard*
Chris Howard
Assistant United States Attorney

Post Office Box 8970
Savannah, Georgia 31401
Telephone No: (912) 201-2594