# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. CR 1:18-CR-45 |
| v. ) | |
| ) | |
| TIMOTHY PATE ) | |
|     a/k/a "AKENATEN ALI" ) | |

## JOINT STIPULATION REGARDING COMPETENCY REPORT

The United States and Defendant Timothy Pate by and through his attorney, Justin D. Maines, stipulate that the report prepared by Dr. Lisa Feldman, which documented the examination of Defendant at the Federal Detention Center in Miami, Florida for the purpose of determining Defendant's competency to stand trial and mental state at the time of the offenses alleged in this case, is factually correct and may be relied upon by the Court in making a competency finding pursuant to 18 U.S.C. § 4241(c) & (d) and 18 U.S.C. § 4247(d).

The parties further agree that Dr. Feldman's finding that Defendant is competent to stand trial at this time is uncontested. The parties waive any right to present additional evidence at a competency hearing.

Respectfully submitted,

/s/ Chris Howard  
Chris Howard  
Assistant United States Attorney  
N.Y. Bar Number 4935938  
Post Office Box 8970  
Savannah, Georgia 31412  

/s/ Justin D. Maines  
Justin D. Maines  
Attorney for Defendant  
The Nye Law Group, P.C.  
Georgia Bar Number 549279  
114 Barnard Street, Suite 2C  
Savannah, Georgia, 31401

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

Respectfully submitted, this 16th day of April 2019.

/s/ Chris Howard
Chris Howard
Assistant United States Attorney
N.Y. Bar No. 4935938

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422
E-mail: christopher.howard@usdoj.gov