IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA,

v.

TIMOTHY JERMAINE PATE,

Defendant.

CASE NO.: 1:18-cr-45

**O R D E R**

After an independent and de novo review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 49). The parties have not filed any Objections to the Report and Recommendation.

Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court finds that Defendant Timothy Jermaine Pate is capable of understanding the charges against him and appreciates the nature and quality of his actions at the time of the alleged offenses. The Court finds that Defendant Timothy Jermaine Pate is competent to stand trial and proceed with this case and that Defendant Timothy Jermaine Pate was not insane at the time of the alleged offenses.

**SO ORDERED**, this 31st day of May, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA