IN THE UNITED STATES DISTRICT COURT
SOUTHERHN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA | ) CASE NO. : 1:18-cr-00045 |
| v. | ) |
| Timothy Jermaine Pate<br>Defendant. | ) |

## MOTION FOR ATTORNEY INQUIRY HEARING

COMES NOW, Justin D. Maines as the attorney of record for Defendant Timothy Jermaine Pate (hereinafter referred to as "Defendant") who hereby moves to withdraw as the attorney of record in the above captioned matter and would show the Court as follows:

1. On July 3, 2019 Ms. Antoinette Pate, the daughter of Defendant, contacted the undersigned to inform Defendant's Counsel that he wished to meet with myself.

2. On July 7, 2019 undersigned Counsel met Defendant who engaged in an intelligent conversation and Defendant informed the undersigned that he wants to represent himself and does not want a lawyer to represent him.

WHEREFORE, the undersigned moves the Court conduct a *Farretta* hearing and inquire with Defendant directly as to whether he wishes for the undersigned to continue representation. Respectfully submitted this July 8, 2019.

> By s/ **Justin D. Maines**
> **JUSTIN D. MAINES**
> GA Bar No. 549279
> Attorney for the Defendant

THE NYE LAW GROUP, P.C.
2008 Whitaker Street
Savannah, GA 31401
Phone: (912) 200-5230
Fax: (912) 335-6553

## CERTIFICATE OF SERVICE

This is to certify that I have this day served all parties in this case in accordance with the notice of electronic case filing which was generated as a result of electronic filing in this Court.

Respectfully submitted this July 8, 2019.

                                                   By s/ **Justin D. Maines**

                                                 **JUSTIN D. MAINES**
                                                 GA Bar No. 549279
                                                 Attorney for the Defendant

THE NYE LAW GROUP, P.C.
2008 Whitaker Street
Savannah, GA 31401
Phone: (912) 200-5230
Fax: (912) 335-6553