IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA,

v.

CASE NO.: 1:18-cr-45

TIMOTHY JERMAINE PATE,

Defendant.

**O R D E R**

This matter is before the Court on the Government's Notice Regarding Motion. (Doc. 58.) In its Notice, the Government submits that its discovery motion is resolved and a motions hearing is not necessary to address discovery issues. (Id. at p. 2.) Accordingly, the Court DISMISSES as moot the Government's Motion for Reciprocal Discovery, (doc. 36), as to Defendant Timothy Jermaine Pate. Additionally, the Motions Hearing that is currently scheduled before Magistrate Judge Cheesbro on August 21, 2019, is hereby CANCELLED.

It appearing that this matter is now ready for trial, the Court hereby ORDERS that the above captioned case is set for a STATUS CONFERENCE at 2:00 PM, on Monday, August 12, 2019, at the Federal Courthouse, First Floor Courtroom, 125 Bull Street, Savannah, Georgia.

**SO ORDERED**, this 7th day of August, 2019.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA