IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 1:18-cr-45 |
| TIMOTHY JERMAINE PATE, | |
| Defendant. | |

**O R D E R**

A jury trial in the above captioned case having been conducted the week of October 15, 2019, and there being certain items entered into evidence during the course of said trial,

IT IS HEREBY ORDERED that upon return of a jury verdict the evidence listed on the attached receipt was returned to Counsel for the Government for safekeeping and for production in the Court of Appeals, if necessary.

**SO ORDERED**, this 17th day of October, 2019.

_____
R. STAN BAKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA