IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 1:18-cr-45 |
| TIMOTHY JERMAINE PATE, | |
| Defendant. | |

**O R D E R**

Defendant appealed this Court's sentence and judgment in the case to the United States Court of Appeals for the Eleventh Circuit. (Doc. 106.) On October 11, 2023, the Eleventh Circuit filed its opinion in appeal number 20-10545-AA remanding the matter for resentencing, (doc. 125), and that opinion was established as a mandate of this Court on November 28, 2023, (doc. 127). Pursuant to the Eleventh Circuit's direction, this matter is set for resentencing **on June 4, 2024**. To prepare this case for resentencing, the Court issues the following deadlines and directives.

IT IS HERERBY ORDERED that Justin D. Maines is appointed to serve as attorney for the Defendant for resentencing, pursuant to the Guide to Judiciary Policy, Vol. 7A, § 220.30. Compensation shall be paid in accordance with Section 2(d) of the Criminal Justice Act, 18 U.S.C. § 3006A by the Court.

The United States Probation Office shall file a Revised Presentence Investigation Report **on or before April 25, 2024**. Counsel will only receive Presentence Investigation Reports electronically via CM/ECF and will not receive a paper copy of any report. The Court ORDERS counsel and the parties to maintain the confidentiality of the Presentence Investigation Report and

any objections and addendums thereto. The Presentence Investigation Report and any objections and addendums thereto should only be disclosed to and reviewed by Defendant, counsel for Defendant (to include any investigator, expert or other assistant hired by counsel), the United States Attorney's Office, the United States Probation Office, and the Court. To that end, if Defendant is detained, counsel may print a copy of the Presentence Investigation Report and any objections and addendums thereto to review with Defendant. However, counsel shall not leave a copy of the Presentence Investigation Report and any objections and addendums thereto with a detained defendant. To the extent that counsel deems it necessary to leave the Presentence Investigation Report or a portion thereof with a detained defendant, counsel may file a motion with the Court. Within 14 days after receiving the Revised Presentence Investigation Report, each party must state in writing and file on the record in a restricted manner any objections, including objections to material information, sentencing guideline ranges, and policy statements contained in or omitted from the initial report. If any party has no such objections, the party shall state the same in writing and file a statement of no objections on the record in a restricted manner within 14 days of receiving the initial report. To be clear, within 14 days of receiving the initial report, counsel must state in writing and file on the record in a restricted manner whether the party has objections or does not have objections to the initial report. Counsel shall file any sentencing memorandums, motions, victim impact statements, letters, and similar sentencing materials **on or before May 29, 2024**. It is further ORDERED that all sentencing materials including memorandums, motions, and other documents shall be filed on the record in a restricted manner in which only counsel for the Defendant, the United States, and the Court have access to the materials.

IT IS FURTHER ORDERED that the United States Marshal is COMMANDED to have Timothy Jermaine Pate, Reg No. 22672-021, detained within the Federal Bureau of Prisons at USP Marion, in Marion, Illinois, under your custody as it is said, under safe and secure conduct, in the Federal Courthouse, Courtroom 1, 8 Southern Oaks Court, Savannah, Georgia, at 10:00 AM, **on Tuesday, June 04, 2024**, for resentencing in the present case, and immediately after the disposition of said hearing that you return him to the custody whence he came, under safe and secure conduct.

The Warden, USP Marion, is COMMANDED to deliver into custody of any United States Marshal, upon production to you of a copy of this Order, Timothy Jermaine Pate, Reg No. 22672-021, detained within the Federal Bureau of Prisons at USP Marion, in Marion, Illinois, for safe and secure conduct to this District for the aforesaid purpose.

**SO ORDERED**, this 27th day of February, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA